```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

GEORGE HOLLOWAY, JR.,            :
                                 :
    Petitioner,                  :
                                 :
vs.                              :   CIVIL ACTION 06-00314-WS-B
                                 :
LEEPOSEY DANIELS,                :
                                 :
    Respondent.                  :

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Petitioner's petition for habeas corpus relief is hereby **DENIED**.

    **DONE** this 17th day of August, 2009.

<u>s/WILLIAM H. STEELE</u>
UNITED STATES DISTRICT JUDGE