```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

GEORGE HOLLOWAY, JR.,         :
                              :
    Petitioner,              :
                              :
vs.                           :   CIVIL ACTION 06-00314-WS-B
                              :
LEEPOSEY DANIELS,             :
                              :
    Respondent.              :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this petition be and is hereby **DENIED**.

**DONE** this 17th day of August, 2009.

                                        s/WILLIAM H. STEELE
                                      UNITED STATES DISTRICT JUDGE